JUDGMENT
===============================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED '04 AUG 02 14:20 USDC-ORP

--------------

NO. 02-35536
CT/AG#: CV-99-00536-HJF

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Plaintiff

v.

PACIFIC MARITIME ASSOCIATION

Defendant - Appellant

and

INTERNATIONAL LONGSHORE WORKERS UNION, LOCAL #8

Defendant

v.

TERESA JONES

Plaintiff-intervenor - Appellee


----------------------

APPEAL FROM the United States District Court for the
District of Oregon (Portland) .

ON CONSIDERATION WHEREOF, It is now here ordered and
adjudged by this Court, that the APPEAL in this cause
be, and hereby is dismissed.

Filed and entered        June 22, 2004

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 2 8 2004

by: _____
Deputy Clerk

**NOT FOR PUBLICATION**

**F I L E D**

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

JUN 2 2 2004

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

---

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>PACIFIC MARITIME ASSOCIATION,<br><br>Defendant - Appellant,<br>and,<br>INTERNATIONAL LONGSHORE WORKERS UNION, LOCAL #8,<br><br>Defendant,<br>v.<br>TERESA JONES,<br><br>Plaintiff-Intervenor - Appellee. | No. 02-35536<br><br>D.C. No. CV-99-00536-HJF<br><br>ORDER |

FILED '04 AUG 02 14:20 USDC-ORP

Before: SCHROEDER, Chief Judge.

The parties' joint motion to dismiss pursuant to Rule 42(b) of the Federal Rules

of Appellate Procedure is hereby GRANTED. Pursuant to the parties' agreement, the

appeal is DISMISSED, each party to bear its own costs. This order shall serve as the

mandate of this court.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 2 8 2004

by:
Deputy Clerk